Alfred J. Callahan, as Trustee, Appellant and Respondent, *v.* Imperial Theatre Corporation et al., Defendants, and Harry K. Keller, as Receiver, Respondent and Appellant.

Submitted January 19, 1940; decided February 27, 1940.

*Alfred J. Callahan,* in person, and *Janet H. Lewin* for plaintiff, appellant and respondent.

*Wendell P. Barker, William C. Morris* and *Vernon Murphy* for defendant, respondent and appellant.

Appeals dismissed, without costs, on the ground the orders are intermediate. No opinion. (See 282 N. Y. 801.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.